UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RENEE MOONIER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 4:19 CV 1928 CDP |
| | ) |
| ANDREW SAUL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter came before me on plaintiff Renee Moonier's appeal for judicial review of an adverse decision of the Social Security Administration. In a Memorandum, Order, and Judgment entered October 26, 2020, I reversed the Commissioner's decision and remanded the matter to the Commissioner for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). Plaintiff now seeks an award of attorney's fees in the amount of $4,246.00 inasmuch as she is a prevailing party, has a net worth of less than two million dollars, and incurred these fees in this action. 28 U.S.C. § 2412(d). Plaintiff also seeks taxable costs of $400.00 for the filing fee. The Commissioner has agreed to the award of attorney's fees requested by plaintiff, and requests that any fee award be made payable in accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010). The Commissioner further agrees that plaintiff is entitled to taxable costs of $400.00 for the filing fee, which

the government indicates will be paid by the U.S. Treasury Judgment Fund. Upon review of plaintiff's motion, the Commissioner's response, and the notice of settlement, I find the requested fees and the Commissioner's requested terms of payment to be reasonable.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's Petition for Award of Attorney Fees Pursuant to the Equal Access to Justice Act [15] is **GRANTED.**

**IT IS FURTHER ORDERED** that, pursuant to 28 U.S.C. § 2412(d), plaintiff shall recover attorney's fees from the Social Security Administration in the amount of Four Thousand Two Hundred and Forty Six Dollars ($4,246.00).

**IT IS FURTHER ORDERED** that, under the terms of the Fee Agreement executed by the plaintiff in this case, the award shall be made payable to attorney Traci L. Severs unless plaintiff has a pre-existing debt owed to the United States, in which case the award shall be made payable to the plaintiff and subject to offset to satisfy that debt.

**IT IS FURTHER ORDERED** that plaintiff's Motion for Bill of Costs [16] is **GRANTED** and the Clerk of Court shall tax as costs against the government the sum of Four Hundred Dollars ($400.00).

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of January, 2021.